**IT IS ORDERED as set forth below:**



**Date: July 16, 2014**

_____

**Mary Grace Diehl
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 14-40209 - MGD |
| Jermile A. Evans, | ) | |
| Darlene Evans | ) | CHAPTER 13 |
| Debtors. | ) | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | | - - - - - - - - - - - - - - - - - - - - - - - - - - |
| Jermile A. Evans, | ) | |
| Darlene Evans | ) | |
| Movants, | ) | **CONTESTED MATTER** |
| v. | ) | |
| DreamBuilder Investments, LLC, | ) | |
| Respondent. | ) | |

**ORDER GRANTING DEBTORS' MOTION TO DETERMINE
SECURED STATUS OF DREAMBUILDER INVESTMENTS, LLC
AND TO STRIP LIEN EFFECTIVE UPON DISCHARGE**

Debtors' Motion to Determine Secured Status of DreamBuilder Investments, LLC and To

Strip Lien Effective Upon Discharge came before this Court for hearing on May 21, 2014.

Debtors seek a determination that the second priority deed to secure debt on real property located

at 528 Orchard Drive, Temple, GA 30179 ( the "Property") and held by Respondent DreamBuilder Investments, LLC, is completely unsecured and, because there is no value in the residence to which the second priority lien can attach, the claim is unsecured and the lien void pursuant to 11 U.S.C. §§ 506(d) and 1322(b)(2).  There being no opposition to the Motion, it is

ORDERED that the Motion is granted as set forth herein.

IT IS FURTHER ORDERED that, for purposes of Debtors' Chapter 13 case, any claim filed by or on behalf of DreamBuilder Investments, LLC is allowed as a general unsecured claim.

IT IS FURTHER ORDERED that the lien on the Property held by DreamBuilder Investments, LLC recorded on **July 12, 2005** at **Book 1926, Pages 860** of the official records of **PAULDING COUNTY, GEORGIA**, shall be deemed void with respect to Debtors' interest in the Property and shall be extinguished automatically, without further court order, upon entry of Debtors' discharge in this Chapter 13 case.  In the event the Debtors' case is dismissed or converted, the lien of DreamBuilder Investments, LLC shall not be affected by this Order in accordance with 11 U.S.C. § 349(b)(1)(C) or § 348(f)(1)(B), as applicable.

The Clerk is directed to serve a copy of this Order on Debtors, counsel for Debtors, Respondent,  counsel for Respondent and the Chapter 13 Trustee.

**[END OF DOCUMENT]**

*Signatures on following page*

Order Prepared By:


 /s/
Alaina Joseph
GA Bar No. 940583
King & King Law LLC
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400
*notices@kingkingll.com*
Attorney for Debtors


No Opposition:


   /s/                               *with express permission*
K. Edward Safir
GA Bar No.622149
Mary Ida Townson, Chapter 13 Trustee
191 Peachtree Street, NE, Suite 2200
Atlanta, GA 30303
Staff Attorney

### DISTRIBUTION LIST


Jermile A. Evans
Darlene Evans
528 Orchard Drive
Temple, GA 30179

King & King Law LLC
215 Pryor Street
Atlanta, GA 30303

Mary Ida Townson, Chapter 13 Trustee
191 Peachtree Street, NE, Suite 2200
Atlanta, GA 30303

SWE Georgia, LLC
c/o Brock & Scott, PLLC
Suite 300
5121 Parkway Plaza Blvd.
Charlotte, NC 28217
Attn: Sean M. Corcoran

Land Home Financial Services, Inc.
1355 Willow Way
Ste 250
Concord, CA 94520

DreamBuilder Investments, LLC
30 Wall Street
6th Floor
New York, NY 10005
Attn: Peter Andrews, CEO